IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PAUL N. WARE and FINANCIAL SYSTEMS INNOVATION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AVIS BUDGET CAR RENTAL LLC, et al.,<br><br>Defendants. | Case No. 3:07-cv-01590-K |

## PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO LIFT STAY

Defendants "do not oppose the lifting of the stay" in this matter. Defs. Resp., p. 2 (Doc. No. 48). As a result, Plaintiffs' Motion to Lift the Stay in this matter should be granted.

Defendants also contend that this matter should be transferred to the Northern District of Georgia. Defendants have filed a separate Motion to Transfer (Doc. No. 49). Plaintiffs will respond to the same in accordance with the deadline imposed by the applicable Local and Federal Rules.

1

DATED: September 11, 2009						Respectfully submitted,

												THE SIMON LAW FIRM, PC

												/s/ Anthony G. Simon
												Anthony G. Simon
												Admitted *pro hac vice* (Mo. Bar #38745)
												701 Market Street, Suite 1450
												Saint Louis, Missouri 63101
												P. 314.241.2929
												F. 314.241.2029
												asimon@simonlawpc.com

												Craig Tadlock
												TADLOCK LAW FIRM
												311 Touchdown Drive
												Irving, Texas 75063
												P. 214.663.4900
												craig@tadlocklawfirm.com

												*ATTORNEYS FOR PLAINTIFFS*

### CERTIFICATE OF SERVICE

On September 11, 2009, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system for the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

												/s/ Anthony G. Simon
												Anthony G. Simon
												Admitted *pro hac vice* (Mo. Bar #38745)