IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAUL N. WARE and FINANCIAL SYSTEMS INNOVATION, L.L.C., | § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. |
| v. | § § | 3:07-CV-1590–K |
| | § | |
| AVIS BUDGET CAR RENTAL, LLC, COMPUSA, INC., FOSSIL, INC., BARNEY'S, INC., BEN BRIDGE-JEWELER, INC., BIG LOTS STORES, INC., DIESEL U.S.A., INC., PUMA NORTH AMERICA, INC., SAFEWAY, INC., THE SWATCH GROUP (U.S.), INC., ZARA USA, INC., | § § § § § § § § § § | |
| Defendants. | § | |

# ORDER

Before the Court is Plaintiffs Paul N. Ware and Financial Systems Innovation, LLC's Motion to Lift Stay (Doc. No. 39) and Defendants Big Lots Stores, Inc., Safeway, Inc., CompUSA, Inc., and Puma North America, Inc.'s Motion to Transfer Action Pursuant to 28 U.S.C. § 1404(a) (Doc. No. 49).

Plaintiffs' Motion to Lift Stay is **GRANTED**.

This is a patent infringement action. *See generally* Plaintiffs' Original Complaint and Demand for Jury Trial. There is an earlier filed action in the Northern District of Georgia involving the same Plaintiffs and the same patents at issue as the above styled case. Accordingly, Defendants' Motion to Transfer is **GRANTED.** This case is

**TRANSFERRED** to the **United States District Court for the Northern District of Georgia**. 28 U.S.C. § 1404(a).

**SO ORDERED.**

Signed November 13th, 2009.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE